FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 22 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

11-CV-01956-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| RANJIT KAUR, et al., | ) ) | |
| Petitioners, | ) ) | Case No. C11-1956-JLR-BAT |
| v. | ) ) | **ORDER OF DISMISSAL** |
| NATHALIE ASHER, et al., | ) ) | |
| Respondents. | ) ) | |

The Court, having reviewed petitioners' petition for writ of habeas corpus (Dkt. No. 1), the parties' stipulated motion and order of dismissal (Dkt. No. 14), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioners' petition for writ of habeas corpus (Dkt. No. 1) is **DISMISSED**, without prejudice, and without fees or costs to either party.

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 22nd day of Feb., 2012.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1